FILED

09/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0154

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## No. DA 22-0154

**DEBRA ANN CHRISTIAN, as Personal Representative of the ESTATE OF CLIFFORD CHRISTIAN,**

    **Plaintiff and Appellant,**

  **vs.**

**UNITED FIRE & CASUALTY COMPANY,**

    **Defendant and Appellee.**

## ON APPEAL FROM THE MONTANA FIRST JUDICIAL DISTRICT COURT
## HONORABLE MIKE MENAHAN
## LEWIS AND CLARK COUNTY CAUSE NO. ADV-2018-1172

## GRANT OF EXTENSION

Pursuant to authority granted under the Montana Rule of Appellate Procedure 26(1), Appellee United Fire & Casualty Company is granted an extension of time until October 28, 2022, to prepare, file and serve the Appellee's Answer Brief.

Dated this _____ day of _____, 2022.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 28 2022